DeAnthony DOANE, Plaintiff–Appellant,

v.

Harold CLARKE, VDOC Director; Leslie Fleming, KMCC Warden; J.H. ROBBIN, Sergeant KMCC; C/O R.W. Dowdy, KMCC; C/O E.M. Walk, KMCC; C/O M. Cordle, KMCC; C/O J. Shelton, KMCC, Defendants–Appellees.

No. 15-8040

United States Court of Appeals, Fourth Circuit.

Submitted: August 8, 2016

Decided: August 16, 2016

DeAnthony Doane, Appellant Pro Se. Nancy Hull Davidson, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAnthony Doane appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Doane v. Clarke, No. 7:14–cv–00539–GEC–RSB (W.D. Va. Dec. 8, 2015). The motions to submit an affidavit in response to the district court's judgment, for an order compelling discovery, and for appointment of counsel are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED